UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW LONG,

        Plaintiff,

v.                             Case No. 8:16-cv-3006-T-33AEP

JUSTIN D. JACOBSON, P.A. and
CLEARSPRING LOAN SERVICES, INC.,

        Defendants.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Justin D. Jacobson, P.A.'s Motion to Dismiss (Doc. # 12), which was filed on December 29, 2016, and Defendant Clearspring Loan Services, Inc.'s Motion to Dismiss (Doc. # 17), which was filed on January 9, 2017. Plaintiff Andrew Long filed a Consolidated Response to the Motions to Dismiss on January 19, 2017. (Doc. # 19).

Rather than addressing the substantive arguments raised in the Motions, Long requests the opportunity to amend his Complaint, which seeks relief under Florida's Consumer Collection Practices Act, Section 559.72 (count I) and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(a) (count II). In his response to the Motions, Long explains: "Long believes that an amendment to the complaint, in order to spell out in greater detail the specific facts giving rise to each

Defendant's liability, would assist the parties and this Court in reaching a just resolution on the merits." (Doc. # 19 at 1). Specifically, Long seeks leave "to amend the complaint to include the specific facts that support Long's claims against the[] Defendants." (Id.). The Court grants Long the requested leave to file an Amended Complaint, by **February 9, 2017.** The Motions to Dismiss are therefore denied without prejudice as moot.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Plaintiff Andrew Long is authorized to file an Amended Complaint by **February 9, 2017.**

(2) Defendant Justin D. Jacobson, P.A.'s Motion to Dismiss (Doc. # 12) and Defendant Clearspring Loan Services, Inc.'s Motion to Dismiss (Doc. # 17) are **DENIED WITHOUT PREJUDICE AS MOOT.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 19th day of January, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE